616

164 A.3d 408

BEZALEL GROSSBERGER, PLAINTIFF–PETITIONER, v. ARYEH WEINSTEIN, OSNATE WEINSTEIN (H/W), ROBERT CORMACK, DEFENDANTS–RESPONDENTS.

March 23, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002518–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

164 A.3d 408

HUI LIN WEI AND JODY HE, PLAINTIFFS–PETITIONERS, v. CAI FENG CHEN, ZHI XIONG LIAN, MASSAGE 130 THERAPY STORE, AND ZHI H. LIAN, DEFENDANTS–RESPONDENTS, AND CAI FENG CHEN AND ZHI XIONG LIAN'S OTHER BUSINESS OR STORE, DEFENDANT.

March 23, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–002175–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.